IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS KLAUS, | : | |
|    Plaintiff | : | No. 1:21-cv-02185 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| MAJIK ENTERPRISES INTERNATIONAL, INC., | : | |
|    Defendant | : | |

# ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS**:

On December 30, 2021, Plaintiff Thomas Klaus ("Plaintiff") filed a complaint against Defendant Majik Enterprises International, Inc. ("Defendant") seeking a declaratory judgment, injunctive relief, and costs and fees for alleged violation of Title III of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. § 12181 et seq. (Doc. No. 1.) After filing a Consent Decree on February 15, 2022, the parties filed a Joint Motion for Approval of Consent Decree on February 18, 2022 (Doc. No. 8), asking the Court to enter the Consent Decree attached as an exhibit to the motion (Doc. No. 8-1) as the final Order and Judgment in this case.

**AND SO**, on this 22nd day of February 2022, upon consideration of the Joint Motion for Approval of Consent Decree (Doc. No. 8), **IT IS ORDERED THAT**:

1. The Motion (Doc. No. 8) is **GRANTED**;

2. The Consent Decree (Doc. No. 8-1) is **APPROVED** by the Court and incorporated into this Order; and

3. The Clerk of Court is directed to **ENTER** the Consent Decree (Doc. No. 8-1) and administratively **CLOSE** this case.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania